[Cite as *State ex rel. Clayton v. Strickland-Saffold*, 2014-Ohio-4099.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101681**

# STATE EX REL., CONRAD CLAYTON

RELATOR

vs.

# JUDGE SHIRLEY STRICKLAND-SAFFOLD

RESPONDENT

## JUDGMENT:
WRIT DENIED

Writ of Mandamus
Motion No. 477516
Order No. 477892

**RELEASE DATE:**     September 12, 2014

**FOR RELATOR**

Conrad Clayton, pro se
No. 642-581
Trumbull Correctional Camp
P.O. Box 640
Leavittsburg, Ohio 44430


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
By: James E. Moss
Assistant County Prosecutor
9th Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

KATHLEEN ANN KEOUGH, J.:

{¶1} Conrad Clayton has filed a complaint for a writ of mandamus. Clayton seeks an order from this court that requires Judge Shirley Strickland Saffold to render a ruling with regard to a motion for jail-time credit filed in *State v. Clayton*, Cuyahoga C.P. No. CR-570339. We decline to issue a writ of mandamus on behalf of Clayton.

{¶2} Clayton's request for a writ of mandamus is moot. Attached to the Judge Saffold's motion for summary judgment is a copy of a journal entry, journalized on August 11, 2014, which demonstrates that a ruling has been rendered with regard to the motion for jail-time credit. Thus, Clayton is not entitled to a writ of mandamus. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, we grant Judge Saffold's motion for summary judgment. Costs to Judge Saffold. Costs waived. The court directs the clerk of courts to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶4} Writ denied.

_____

KATHLEEN ANN KEOUGH, JUDGE

FRANK D. CELEBREZZE, JR., P.J., and
LARRY A. JONES, SR., J., CONCUR